UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SABAL TRAIL TRANSMISSION, LLC,**

    **Plaintiff,**

v.                                         **Case No:  6:16-cv-474-Orl-41KRS**

**19.775 ACRES OF LAND IN OSCEOLA
COUNTY FLORIDA, B-K RANCH,
L.C., GERALD R. MCGRATTY, JR.
and UNKNOWN OWNERS, IF ANY,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Defendants' Unopposed Amended Motion to Withdraw Funds from the Court Registry (Doc. 54). United States Magistrate Judge Karla Spaulding issued a Report and Recommendation (Doc. 60), in which she recommends that the motion be granted and the Clerk be directed to disburse the funds.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 60) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendants' Unopposed Amended Motion to Withdraw Funds from the Court Registry (Doc. 54) is **GRANTED**.

3. The Clerk is directed to disburse the principal amount deposited into the Registry of the Court in the amount of $448,000.00, along with accrued interest, subject to

an administrative handling fee, to the GrayRobinson P.A. Trust Account. Such disbursement shall be made by check payable to the GrayRobinson P.A. Trust Account and mailed to GrayRobinson P.A. Trust Account, c/o Kent L. Hipp, Esq., P.O. Box 3068, Orlando, Florida 32802-3068.

**DONE** and **ORDERED** in Orlando, Florida on November 28, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record